# EXHIBIT 'A'

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MESUE JACKSON,  )<br>  )<br>Plaintiff,  )<br>  )   Case No. 10 C 1994<br>v.  )<br>  )   Hon. Charles R. Norgle<br>NORTHERN ILLINOIS UNIVERSITY  )<br>COLLEGE OF LAW,  )<br>  )<br>Defendant.  ) | |

### DECLARATION OF ASSOCIATE DEAN LEONARD MANDELL

I, Leonard Mandell, pursuant to 28 U.S.C. §1746, declare under penalty of perjury, that the following statements are true and correct:

1. My name is Leonard Mandell, and I am currently Associate Dean for Student Services at Northern Illinois College of Law.

2. I am familiar with the application of Plaintiff Mesue Jackson to NIU's College of Law.

3. Based on my involvement in the application process and review of Plaintiff's application file, the following individuals had involvement in the admissions decision: Associate Professor of Law David B. Gaebler, Chair of the Committee; Associate Professor of Law Kathleen L. Coles; Professor of Law Mark W. Cordes; Associate Professor of Law Adele M. Morrison; Associate Professor of Law John A. Walton; and myself; while Financial Aid Director Bertrand J. Simpson, Jr. and then-Interim Dean of the College of Law, Dean

Malcolm Morris served as an ex-officio non-voting members on the Admissions Committee.

4. Professor of Law Mark W. Cordes and Associate Professors of Law Kathleen L. Coles, Adele M. Morrison and John A. Walton, initially reviewed Plaintiff's entire application package, including the document Plaintiff claims was a request for special consideration due to an alleged disability, in February, 2008.

5. Professor Cordes recommended that the Plaintiff's application be rejected while Professors Coles, Morrison, and Walton recommended that the Plaintiff's application be held for further review.

6. After the review by Professors Cordes, Coles, Morrison and Walton, Admissions Committee Chair Associate Professor of Law David B. Gaebler, Associate Professor of Law Morrison, and I all re-reviewed the Plaintiff's full application package and recommended Plaintiff's application be rejected on April 10, 2008.

7. After being notified of the Committee's decision, Plaintiff requested reconsideration of her previously submitted application package, and her request for reconsideration was granted.

8. Plaintiff's full application package was reviewed and ultimately rejected by then-Interim Dean Malcolm Morris with input from myself on June 10, 2008.

9. All law school applications are kept in the normal course of business at NIU's College of Law, located at Swen Parson Hall, Northern Illinois University, DeKalb, Illinois.

10. Additionally, all law school admissions policies and procedures are kept in the normal course of business at NIU's College of Law, located at Swen Parson Hall, Northern Illinois University, DeKalb, Illinois.

_____
Associate Dean Leonard Mandell

7/1/10
Date