# EXHIBIT 'B'

  **Google maps**

Directions to 219 N Dearborn St, Chicago, IL 60601
**38.3 mi** – about **52 mins** – up to 1 hour 10 mins in traffic



Save trees. Go green!
Download Google Maps on your phone at **google.com/gmm**

**168 Heritage Ln, Streamwood, IL 60107**

| | |
|---|---|
| 1. Head **north** on **Heritage Ln** toward **Providence Ln** | go 148 ft<br>total 148 ft |
| 2. Take the 1st **left** onto **Providence Ln** | go 364 ft<br>total 0.1 mi |
| 3. Turn **left** at **Winchester Dr** | go 0.1 mi<br>total 0.2 mi |
| 4. Turn **right** at **Irving Park Rd**<br>About 2 mins | go 1.0 mi<br>total 1.2 mi |
| 5. Turn **right** at **IL-59 N/Sutton Rd**<br>About 6 mins | go 3.2 mi<br>total 4.4 mi |
| 6. Turn **right** onto the **I-90 E/Tollway** ramp to **Chicago**<br>Toll road | go 0.4 mi<br>total 4.7 mi |
| 7. Merge onto **I-90 E**<br>Partial toll road<br>About 40 mins | go 32.4 mi<br>total 37.1 mi |
| 8. Take exit **51C** toward **E Washington Blvd/100 N** | go 0.1 mi<br>total 37.3 mi |
| 9. Turn **left** at **W Washington Blvd**<br>About 3 mins | go 0.9 mi<br>total 38.1 mi |
| 10. Turn **left** at **N Dearborn St**<br>Destination will be on the right<br>About 1 min | go 0.2 mi<br>total 38.3 mi |

**219 N Dearborn St, Chicago, IL 60601**

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.
Map data ©2010 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.



**Google maps**

**Directions to 211 S Court St, Rockford, IL 61101**
59.7 mi – about 1 hour 13 mins

Save trees. Go green!
Download Google Maps on your phone at **google.com/gmm**

**A**. 168 Heritage Ln, Streamwood, IL 60107

| | Step | Distance |
|---|---|---|
| | 1. Head **north** on **Heritage Ln** toward **Providence Ln** | go 148 ft / total 148 ft |
| ← | 2. Take the 1st **left** onto **Providence Ln** | go 364 ft / total 0.1 mi |
| ← | 3. Turn **left** at **Winchester Dr** | go 0.1 mi / total 0.2 mi |
| → | 4. Turn **right** at **Irving Park Rd** — About 2 mins | go 1.0 mi / total 1.2 mi |
| (59) | 5. Turn **right** at **IL-59 N/Sutton Rd** — About 7 mins | go 3.4 mi / total 4.5 mi |
| (90) | 6. Merge onto **I-90 W** via the ramp to **Rockford** — Partial toll road — About 45 mins | go 42.5 mi / total 47.0 mi |
| ↗ | 7. Take the **I-39 S/US-20** exit toward **Rockford** — Toll road | go 0.4 mi / total 47.4 mi |
| (39) | 8. Merge onto **I-39 S** — About 3 mins | go 2.8 mi / total 50.2 mi |
| (20) | 9. Continue onto **US-20 W** — About 5 mins | go 5.4 mi / total 55.6 mi |
| (2) | 10. Exit onto **IL-2 N/S Main St** — About 9 mins | go 3.9 mi / total 59.5 mi |
| ← | 11. Turn **left** at **Elm St** | go 0.2 mi / total 59.7 mi |
| ← | 12. Take the 2nd **left** onto **S Court St** — Destination will be on the right | go 177 ft / total 59.7 mi |

**B**. 211 S Court St, Rockford, IL 61101

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.